FILED

2016 JUL 29  PM 3: 43

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

1 **BARRY JACKSON**
2 **2443 CAMERON AVENUE**
3 **COVINA, CA 91724**

4 **Phone: (626) 367-0705**

5 **Defendant In Pro Per**

6

7

8

9 **IN THE UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA,**
10 **LOS ANGELES DIVISION**

11

12                                    **CV 16-05674 CAS(AFM)**

13 **21ˢᵀ MORTGAGE CORPORATION**    **CASE NO.:** 16 - 19350 W6

14                          **Plaintiff**

15                                    **NOTICE OF REMOVAL OF CIVIL**
16               **vs.**               **ACTION TO UNITED STATES**
                                      **DISTRICT COURT UNDER 28 USC**
17 **PAMELA JACKSON; ANTHONY**        **§§ 1332.1441 AND 1446**
18 **JACKSON; BARRY JACKSON;**
19 **AND DOES 1 TO 10, INCLUSIVE,**
20                                    (Los Angeles Superior Court Case No.
                                      16UR1174)
21
22                          **Defendants**

23 **TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE**
24 **CLERK OF THE ABOVE ENTITLED COURT:**

25 **PLEASE TAKE NOTICE THAT** pursuant to 28 U.S.C. Sections 1441 and
26 1446, Defendant Barry Jackson, hereby removes the action: **21ˢᵀ MORTGAGE**
27 **CORPORATION VS. PAMELA JACKSON, ANTHONY JACKSON,**
28 **BARRY JACKSON and Does 1 to 10,** Case No. 16UR 1174 State of California,
   County of Los Angeles, Pomona Courthouse, to the United States District Court,

PAID
JUL 29 2016
Clerk, US District Court
COURT 4612

Southern District – Los Angeles Division, and in support of this removal states as follows:

## Procedural History

1. Defendant, Barry Jackson, hereby provides notice of removal of this case from the Superior Court of the State of California, in and for the County of Los Angeles to this Court.

## Timeliness of Removal

2. Removing Defendant has not been properly served, but accepts service as of he date of filing this Notice of Removal. This Notice of Removal is being filed on July 29, 2016, and is timely under 28 U.S.C. Sec. 1446(b).

## Basis for Removal Jurisdiction

3. This is an action in which this Court has original jurisdiction over the State Court Action under 28 U.S.C. Sec. 1332, and the State Court Action may be removed to this Court pursuant to the provisions of 28 U.S.C. Sec. 1441(b), because on information and belief, Plaintiff and Defendants are citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

4. This action was commenced Plaintiff, 21ST MORTGAGE CORPORATION, and on information and belief, 21ST MORTGAGE CORPORATION is not a citizen of California.

NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT

5.  Defendant Barry Jackson is a citizen of California.

6.   Thus, the Plaintiff and Defendant are citizens of different states for purpose  of diversity jurisdiction pursuant to 28 U.S.C. Sec. 1332.

7. Defendant Barry  Jackson claims damages exceeding $75,000.00. Therefore, the amount of the residence at issue for the Defendant Barry  Jackson exceeds the jurisdictional prerequisite of $75,000.00, exclusive of interest and costs.

### Federal Question Arising under Federal Law

8. This matter involves a federal question surrounding procedural due process rights guaranteed under the Fourteenth Amendment to the United States Constitution, and the atypical and significant hardship standard of rules of the United States Supreme Court in relation to property rights of Defendant Barry Jackson.

9. Defendant Barry Jackson contends a federal question not relating to his defense in a state unlawful detainer action, but a federal question surrounding the construction of the Pooling and Service Agreement involving Defendant's mortgage Note and related Deed of Trust which have not been construed by any court of law, state or federal.

10. Defendant Barry  Jackson alleges a federal question of due process rights guaranteed by the Fourteenth Amendment to the United States Constitution

NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT

arising from property interests and the unlawful foreclosure by Plaintiff Island Song LLC in concert with others, who has unlawfully foreclosed the said real property.

11.   By reason of the foregoing, the above-described action is a civil action which may be removed to this Court by Defendant pursuant to the provisions of *28 United States Code §1441(a)-(b),* and because it is an action arising under the laws of the United States, over which this District Court has original jurisdiction, and in relation to whether Plaintiff has valid ownership of the said real property in dispute.

12   Defendant Barry Jackson alleges a federal question exists as to this matter having originated from the securitization of Defendant's mortgage Note and Deed of Trust and whether Plaintiff has established legal standing in the foreclosure action.

## **Procedures for Removal**

13. Defendant Barry Jackson has attached Exhibit 1, which constitutes all process, pleadings, and orders received and obtained by Removing Defendant in the State Court Action. 28 U.S.C. Sec. 1446(a).

14. Pursuant to 28 U.S.C. Sec. 1446(d), Removing Defendant is filing a copy of this Notice of Removal with the Superior Court of the State of California for the County of Los Angeles, and is serving a copy of the same upon the Plaintiff and other Defendants.

**Notice to State Courts**

15. A copy of this *Notice of Removal* is being filed with the Clerk of the Superior Court for the County of Los Angeles, as an Exhibit to the Notice to Adverse Party and State Court of Removal of Civil Action to Federal Court being filed in that Court. A copy of the *Notice to Adverse Party and State Court* being filed in state court is attached hereto (without exhibits) as Exhibit 1.

**WHEREFORE**, Removing Defendant hereby gives notice that the above action now pending in the Superior Court of the State of California for the County of Los Angeles is removed in its entirety to this Court.

DATED: July 29, 2016

Barry Jackson, Removing Defendant
In Pro Per

NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT

# STATE COURT ACTION

# EXHIBIT " 1 "

SUM-130

# SUMMONS
## (CITACION JUDICIAL)
### UNLAWFUL DETAINER—EVICTION
### (RETENCIÓN ILÍCITA DE UN INMUEBLE—DESALOJO)

FOR COURT USE ONLY

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

MAY 10 2016

Sherri R. Carter, Executive Officer/Clerk
By: James Russell, Deputy

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**

Pamela Jackson, Anthony Jackson, Barry Jackson; and DOES 1-10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**

21st Mortgage Corporation

You have 5 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. (To calculate the five days, count Saturday and Sunday, but do not count other court holidays. If the last day falls on a Saturday, Sunday, or a court holiday then you have the next court day to file a written response.) A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

Tiene 5 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. (Para calcular los cinco días, cuente los sábados y los domingos pero no los otros días feriados de la corte. Si el último día cae en sábado o domingo, o en un día en que la corte esté cerrada, tiene hasta el próximo día de corte para presentar una respuesta por escrito). Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

CASE NUMBER:
(Número del caso): **16UR1174**

1. The name and address of the court is:
(El nombre y dirección de la corte es):

Pomona Courthouse South, 400 Civic Center Plaza, Pomona, CA 91766

2. The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):

Donna La Porte, Esq 93428, 5120 E. LaPalma Ave., #209, Anaheim Hills, CA 92807, 949-230-7858

3. (Must be answered in all cases.) An unlawful detainer assistant (Bus. & Prof. Code, §§ 6400-6415) [ ] did not [✓] did for compensation give advice or assistance with this form. (If plaintiff has received any help or advice for pay from an unlawful detainer assistant, complete item 6 on the next page.)

Date: MAY 10 2016              Clerk, by _____ Sherri R. Carter, Deputy
(Fecha):                       (Secretario)              (Adjunto)

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).

4. NOTICE TO THE PERSON SERVED: You are served
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of (specify):
   c. [ ] as an occupant
   d. [✓] on behalf of (specify): ALL OTHER OCCUPANTS
      under: [ ] CCP 416.10 (corporation)      [ ] CCP 416.60 (minor)
             [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
             [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
             [ ] CCP 415.46 (occupant)           [ ] other (specify):
   5. [ ] by personal delivery on (date):

Form Adopted for Mandatory Use
Judicial Council of California
SUM-130 [Rev. July 1, 2009]

SUMMONS—UNLAWFUL DETAINER—EVICTION

Code of Civil Procedure, §§ 412.20, 415.456, 1167
www.courtinfo.ca.gov

Page 1 of 2

1

2  LAW OFFICES OF DIANE WEIFENBACH
   Diane Weifenbach, Esq. SBN 162053
3  Donna L. La Porte, Esq. SBN 93428
   5120 E. LaPalma Ave., #203
4  Anaheim, CA 92807
   Tel: 714-695-6637
5  Fax: 714-643-7474
   diane@attylsi.com
6

7  Attorney for Plaintiff,
   21ST MORTGAGE CORPORATION
8

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

MAY 10 2016

Sherri R. Carter, Executive Officer/Clerk
By: James Russell, Deputy

9
10                    SUPERIOR COURT OF CALIFORNIA
11           LOS ANGELES COUNTY, POMONA COURTHOUSE SOUTH
12

13  21ST MORTGAGE CORPORATION,        )   Case No.:  **16UR1174**
                                      )
14              Plaintiff,            )   **VERIFIED COMPLAINT FOR**
                                      )   **UNLAWFUL DETAINER AND**
15       vs.                          )   **DAMAGES**
                                      )
16                                    )   **LIMITED CIVIL JURISDICTION**
                                      )
17  PAMELA JACKSON; ANTHONY JACKSON;  )
18  BARRY JACKSON; and DOES 1-10 inclusive, )   **ACTION BASED ON CODE OF**
                                      )   **CIVIL PROCEDURE SECTION**
19              Defendants.           )   **1161a**
                                      )
20                                    )   **AMOUNT DEMANDED DOES**
21                                    )   **NOT EXCEED $10,000**
                                      )
22                                    )   **Property Address:**
                                      )   **2443 CAMERON AVENUE**
23                                    )   **COVINA, CA 91724**
                                      )
24  _____)

25       Plaintiff, 21ST MORTGAGE CORPORATION  ("Plaintiff"), alleges:

26       1.   Plaintiff is, and was at all times mentioned herein, a corporation duly authorized to do

27  business within the State of California.

28

1

VERIFIED COMPLAINT FOR UNLAWFUL DETAINER AND DAMAGES

BY FAX

2.      Plaintiff is informed and believes and thereon alleges that Defendants, Pamela Jackson, Anthony Jackson, Barry Jackson, and DOES 1-10 inclusive ("Defendants") are individuals, who occupy or are otherwise in possession of the real property commonly known as 2443 Cameron Avenue, Covina, CA 91724,  together with separate structures, if any ("Property"), which Property is located within this judicial district.

3.      Plaintiff seeks to recover possession of the Property by this action.

4.      The true names or capacities, whether individual, corporate, associate or otherwise of Defendants named herein as DOES 1-10, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names, and Plaintiff will amend this Complaint to show their true names and capacities when the same have been ascertained.

5.      On April 13, 2016, a foreclosure sale was held and Plaintiff took title to the Property at the foreclosure sale and received an executed Trustee's Deed Upon Sale, which was recorded in the Official Records of Los Angeles County, California.   A true and correct copy of the Trustee's Deed Upon Sale is attached hereto as Exhibit "1" and is incorporated herein by reference.

6.      After Plaintiff acquired title to the Property, Plaintiff caused to be duly served on Defendants a written notice requiring them to quit and deliver up possession of the Property to Plaintiff within the time period set forth in such notice ("Notice to Quit"), a true and correct copy of which is attached hereto as Exhibit "2" and incorporated by reference. Proofs of service of the Notice to Quit on the Defendants are attached collectively hereto as Exhibit "3".

7.      As of the date hereof, the time to deliver up possession of the Property as set forth in the Notice to Quit has expired, but Defendants have failed and refused to deliver up possession of the Property.

8.      Defendants continue in possession of said Property without Plaintiff's permission or consent.

9.      The reasonable value of the use and occupancy of the Property is $60.00 per day, and damages have accrued to Plaintiff at that rate since May 3, 2016, and will continue to accrue at that rate so long as Defendants remain in possession of the Property.

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

2

1.     Restitution and possession of the Property to Plaintiff;

2.     For an Order directing Defendants to quit and deliver up possession of the Property to Plaintiff;

3.     Damages at the rate of $60.00 per day commencing on May 3, 2016, and continuing each day that Defendants continue in possession of the Property up to date of judgment herein;

4.     For an order terminating the lease, if any, under which Defendants occupy the premises;

5.     Costs of suit herein; and

6.     Such other and further relief as the court deems just and proper.

Respectfully Submitted,

LAW OFFICES OF DIANE WEIFENBACH

*Donna L. LaPorte*

Dated: May 6, 2016

By: _____

Donna L. La Porte, Esq.
Attorney for Plaintiff,
21ST MORTGAGE CORPORATION

3

## VERIFICATION

STATE OF CALIFORNIA   )

COUNTY OF ORANGE      )

I, Donna L. La Porte declare:

I am an attorney at law duly admitted and licensed to practice before all courts of this State and I am associated with Diane Weitenbach who has a professional office at 5120 E. LaPalma Ave., #209, Anaheim, CA 92807; I also have a professional office within the County of Orange. I make this Verification as the Plaintiff is absent from the County of Orange, California.

I have read the foregoing Complaint and know its contents.

I am informed and believe and on that ground allege that the matters stated therein are true. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Verification is executed at Irvine, California on May 6, 2016.

_Donna L. La Porte_

DONNA L. LA PORTE

4

VERIFIED COMPLAINT FOR UNLAWFUL DETAINER AND DAMAGES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "1"

VERIFIED COMPLAINT FOR UNLAWFUL DETAINER AND DAMAGES

This page is part of your document - DO NOT DISCARD

# 20160441578



Pages:
0004

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

04/20/16 AT 08:00AM

| | |
|---|---|
| FEES: | 24.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| PAID: | 24.00 |



**LEADSHEET**

201604200240023

00011980492

007502607

SEQ:
01

SECURE - 8:00AM

THIS FORM IS NOT TO BE DUPLICATED

253707 TDUS00




**FOR REFERENCE ONLY: 20160441578**

RECORDING REQUESTED BY:
ATTORNEY LENDER SERVICES, INC.

AND WHEN RECORDED TO:
21ST MORTGAGE CORPORATION
620 Market Street, One Center Square
Knoxville, TN 37902

Forward Tax Statements to:
21ST MORTGAGE CORPORATION
620 Market Street
One Center Square
Knoxville, TN 37902

SPACE ABOVE LINE FOR RECORDER'S USE

TS #: 14-0516                                    Order #: 0253707
Loan #: ***558

## TRUSTEE'S DEED UPON SALE

A.P.N.: 8277-013-018                             Transfer Tax: $0.00

The Grantee Herein was the Foreclosing Beneficiary.
The Amount of the Unpaid Debt was $224,172.85
The Amount Paid by the Grantee was $224,172.85
Said Property is in the City of COVINA, County of LOS ANGELES

*Courtney Batten*
Signature of Agent/or Declarant Determining Tax

ATTORNEY LENDER SERVICES, INC., as Trustee, (whereas so designated in the Deed of Trust hereunder more particularly described or as duly appointed Trustee) does hereby GRANT and CONVEY to

## 21ST MORTGAGE CORPORATION

(herein called Grantee) but without covenant or warranty, expressed or implied, all right title and interest conveyed to and now held by it as Trustee under the Deed of Trust in and to the property situated in the county of LOS ANGELES, State of California, described as follows:

LEGALLY DESCRIBED AS SET FORTH ON EXHIBIT 'A' ATTACHED HERETO

Commonly referred to as: 2443 CAMERON AVE, COVINA, CA 91724.

This conveyance is made in compliance with the terms and provisions of the Deed of Trust executed by PAMELA S. JACKSON AND ANTHONY R. JACKSON, WIFE AND HUSBAND AS JOINT TENANTS as Trustor, dated 12/22/2005 of the Official Records in the office of the Recorder of LOS ANGELES County, California under the authority and powers vested in the Trustee designated in the Deed of Trust or as the duly appointed Trustee, default having occurred under the Deed of Trust pursuant to the Notice of Default and Election to Sell under the Deed of Trust recorded on 01/26/2006, instrument number 06 0189198, of official records. Trustee having complied with all applicable statutory requirements of the State of California and performed all duties required by the Deed of Trust including sending a Notice of Default and Election to Sell within ten days after its recording and a Notice of Sale at least twenty days prior to the Sale Date by certified mail, postage pre-paid to each person entitled to notice in compliance with California Civil Code 2924b.

# TRUSTEE'S DEED UPON SALE

TS #: 14-0516
Loan #: ***558
Order #: 0253707

All requirements per California Statutes regarding the mailing, personal delivery and publication of copies of Notice of Default and Election to Sell under Deed of Trust and Notice of Trustee's Sale, and the posting of copies of Notice of Trustee's Sale have been complied with. Trustee, in compliance with said Notice of Trustee's sale and in exercise of its powers under said Deed of Trust sold said real property at public auction on **04/13/2016**. Grantee, being the highest bidder at said sale became the purchaser of said property for the amount bid, being **$624,172.85**, in lawful money of the United States, in pro tanto, receipt thereof is hereby acknowledged in full/partial satisfaction of the debt secured by said Deed of Trust.

In witness thereof, ATTORNEY LENDER SERVICES, INC., as Trustee, has this day, caused its name to be hereunto affixed by its officer thereunto duly authorized by its corporation by-laws.

Date: **04/18/2016**

ATTORNEY LENDER SERVICES, INC.

By: _Brittney Ramirez_

Brittney Ramirez, Asst. Vice President

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF California
COUNTY OF Orange

On 04/18/2016 before me D. Weiserbach, a Notary Public, personally appeared, Brittney Ramirez who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_D. Weiserbach_                    (Seal)



Order No. 00253707-991-IE4-DM6      Guarantee No. CA-FAIN-IMP-7242405-1-15-00253707

# EXHIBIT A

## LEGAL DESCRIPTION

THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

PARCEL 1

THAT PORTION OF LOT 10 TRACT NO. 3546, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 40 PAGES 82 AND 83 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT THE SOUTHEASTERLY TERMINUS OF THAT CERTAIN COURSE IN THE NORTHERLY BOUNDARY LINE OF SAID LOT SHOWN ON SAID MAP AS HAVING A BEARING AND LENGTH OF "NORTH 63 DEGREES 19 MINUTES WEST 195.85 FEET"; THENCE ALONG SAID NORTHERLY LINE, NORTH 63° DEGREES 19, MINUTES WEST 195.85 FEET TO AN ANGLE POINT THEREIN; THENCE CONTINUING ALONG SAID NORTHERLY BOUNDARY LINE SOUTH 55 DEGREES 09 MINUTES WEST 170.27 FEET TO ANOTHER ANGLE POINT THEREIN; THENCE PARALLEL WITH THAT CERTAIN COURSE IN THE SOUTHWESTERLY BOUNDARY LINE OF SAID LOT, SHOWN ON SAID MAP AS HAVING A BEARING AND LENGTH OF SOUTH 24 DEGREES 23 MINUTES EAST 422.79 FEET; THENCE SOUTH 24 DEGREES 23 MINUTES EAST 130 FEET; THENCE NORTH 63 DEGREES 55 MINUTES 25 SECONDS EAST 290.63 FEET TO THE POINT OF BEGINNING.

EXCEPT THEREFROM "PRECIOUS METALS AND ORES THEREOF", AS EXCEPTED FROM THE PARTITION BETWEEN JOHN ROWLAND SR. AND WILLIAM WORKMAN, IN THE PARTITION DEED RECORDED IN BOOK 10 PAGE 39 OF DEEDS.

PARCEL 2:

AN EASEMENT FOR INGRESS AND EGRESS TO BE USED IN COMMON WITH OTHERS OVER THOSE PORTIONS OF SAID LOT 10 TRACT 3546, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 40 PAGES 82 AND 83 OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER AND OF CAMERON AVENUE (VACATED) INCLUDED WITHIN A STRIP OF LAND 30 FEET WIDE, THE NORTHERLY LINE OF WHICH BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE SOUTHERLY LINE OF THE LAND SO DESCRIBED IN PARCEL 1 ABOVE DISTANT THEREON SOUTH 63 DEGREES 55 MINUTES 25 SECONDS WEST 30 FEET FROM THE MOST EASTERLY CORNER OF SAID PARCEL 1; THENCE ALONG SAID SOUTHERLY LINE, NORTH 63 DEGREES 55 MINUTES 25 SECONDS EAST 30 FEET TO SAID MOST EASTERLY CORNER, THENCE ALONG THE NORTHERLY BOUNDARY LINE AND EASTERLY PROLONGATION THEREOF) OF SAID LOT 10, NORTH 67 DEGREES 10 MINUTES EAST 110 FEET, MORE OR LESS, TO THE SOUTHWESTERLY LINE OF CAMERON AVENUE, 40 FEET WIDE, AS ESTABLISHED BY ORDER OF THE BOARD OF SUPERVISORS OF THE COUNTY OF LOS ANGELES, (IN WHICH A PORTION OF CAMERON AVENUE WAS VACATED) A CERTIFIED COPY THEREOF BEING RECORDED ON JANUARY 18, 1933 AS INSTRUMENT NO. 748, IN BOOK 12019 PAGE 99, OFFICIAL RECORDS OF SAID COUNTY, SAID EASEMENT TO TERMINATE EASTERLY IN SAID SOUTHWESTERLY LINE OF CAMERON AVENUE AND WESTERLY IN A LINE DRAWN SOUTHERLY AT RIGHT ANGLES FROM THE POINT OF BEGINNING OF THE NORTHERLY LINE OF SAID EASEMENT.

APN: 8277-013-018

7242405 CLTA Guarantee Form No. 22 (06-05-14)
Trustee's Sale Guarantee
© California Land Title Association. All rights reserved.
The use of this Form is restricted to CLTA subscribers in good standing as of the date of use. All other uses are prohibited. Reprinted under license or express permission from the California Land Title Association.

Page 5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "2"

6

# NOTICE TO QUIT

TO:     PAMELA JACKSON
        ANTHONY JACKSON
        AND ALL OCCUPANT(S), TENANTS, OR SUBTENANTS IN POSSESSION
        of the premises located at:

        2443 CAMERON AVENUE
        COVINA, CA 91724

        NOTICE IS HEREBY GIVEN that the property located at 2443 Cameron Avenue, Covina, CA 91724 ("Property") was duly sold to 21ST MORTGAGE CORPORATION, in accordance with Section 2924 of the Civil Code of the State of California, on April 13, 2016, under the power of sale contained in a Deed of Trust recorded in the official records of Los Angeles County, California. Title under the sale has been duly perfected.

        NOTICE IS FURTHER GIVEN THAT:

        1. Within three (3) days after service on you of this Notice, if you are the original owner or a successor owner of the Property or,

        2. Within ninety (90) days after service on you of this Notice, in the event you are in possession of the property as a tenant or a subtenant protected by California Code of Civil Procedure Section 1161b:

        You are required to vacate and surrender possession of the Property, or the portion in which you reside, to the undersigned, who can be reached at (949) 230-7858, 5120 E. LaPalma Ave., #209 Anaheim, CA. 92807 from 9:00 a.m. to 5:00 p.m. on all business days, unless you provide evidence to the undersigned law firm that you are a tenant or subtenant protected by California Code of Civil Procedure Section 1161b. Please see Page 3 Addendum of this Notice for instructions on how to deliver this evidence.

        If within the applicable periods as set forth above, EITHER if you fail to surrender possession of the Property OR if you fail to provide evidence you are a tenant or subtenant protected by California Code of Civil Procedure Section 1161b, 21ST MORTGAGE CORPORATION will commence eviction proceedings against you to recover possession of the Property and for damages caused by your unlawful detention of the Property.  For additional information and/or contact information, please see attached Page 3 Addendum.  PARA ASISTENCIA EN ESPANOL LLAME AL (949) 230-7858.

        This notice also constitutes a notice of non-renewal of any lease applicable to the Property.

        This Notice is given pursuant to the provisions of Code of Civil Procedure §§ 1161, 1161a and 1161b.

        IF YOU ARE IN THE ARMED FORCES, OR ARE THE DEPENDENT OF SOMEONE IN THE ARMED FORCES, PLEASE READ THE BELOW INFORMATION REGARDING YOUR POSSIBLE RIGHTS.

Active members of the United States Armed Forces, or dependant(s) of such an active duty servicemembers, may be entitled to the rights as provided in the Servicemember's Civil Relief Act("SCRA"). If you believe such is the case, you or your attorney should contact this law firm immediately, telephone 949-230-7858, to verify your military status and determine if you fall under the protection of the SCRA.

## Who can receive help under the SCRA?

- Active duty members of the Army, Navy, Air Force, Marine Corps, Coast Guard, and active service National Guard;
- Active servicemembers of the commissioned corps of the National Oceanic and Atmospheric Administration;
- Active servicemembers of the commissioned corps of the Public Health Service;
- United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action; and
- Their dependents.

## How do I request relief under the SCRA?

- Please contact us immediately at the following number to inform us of your military status or status as a dependent of an armed services member. Call us immediately at (949) 230-7858.

## How can I get more information about the SCRA?

- Contact your unit's Judge Advocate, or your installation's Legal Assistance Officer. A military legal assistance office locator for all branches of the Armed Forces is available at the following website: http://legalassistance.law.af.mil/content/locator.php.
- The U.S. Department of Defense's information resource, "Military One Source": http://www.militaryonesource.com. The toll-free telephones numbers for Military OneSource are:
  o From the United States: 1-800-342-9647
  o From outside the United States (with applicable access code): 1-800-342-9647

DATED: April 26, 2016

LA PORTE LAW

By: _Donna L. La Porte_

LAW OFFICES OF DIANE WEIFENBACH
Diane Weifenbach, Esq. SBN 162053
Donna L. La Porte, Esq. SBN 93428
5120 E. LaPalma Ave., #209
Anaheim, CA 92807
Tel: 714-695-6637
Fax: 714-643-7474
diane@attylsi.com
Attorneys for 21ST MORTGAGE CORPORATION

PAGE 3
ADDENDUM

TENANT INFORMATION

IF YOU ARE A TENANT of the prior owner, please provide the following documents:

- A copy of your lease
- A return phone number and the best time to reach you
- The receipt for the last six (6) payments made to the landlord for the residence
- Utility bills
- Names and ages of all occupants

by mail, fax, or in person to:

LAW OFFICES OF DIANE WEIFENBACH
Diane Weifenbach, Esq. SBN 162053
Donna L. La Porte, Esq. SBN 93428
5120 E. LaPalma Ave., #209
Anaheim, CA 92807
Tel: 714-695-6637
Fax: 714-643-7474
diane@attylsi.com

For any questions, please call 949-230-7858

PARA ASISTENCIA EN ESPAÑOL LLAME AL 949-230-7858

**Notice to Any Renters Living At**

**2443 CAMERON AVENUE**
**COVINA, CA 91724**

The attached notice means that the above-referenced property was recently sold in foreclosure and the new owner plans to evict you. You should talk to a lawyer NOW to see what your rights are. You may receive court papers in a few days. If your name is on the papers it may hurt your credit if you do not respond and simply move out.

Also, if you do not respond within five days of receiving the papers, even if you are not named in the papers, you will likely lose any rights you may have. In some cases, you can respond without hurting your credit. You should ask a lawyer about it.

You may have the right to stay in the property for 90 days or longer, regardless of any deadlines stated on any attached papers. In some cases and in some cities with a "just cause for eviction law," you may not have to move at all. But you must take the proper legal steps in order to protect your rights.

**How to Get Legal Help**

If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp) or by contacting your local court or county bar association.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT "3"

7

## PROOF OF SERVICE

I, the undersigned, declare that I served the Notice(s) below indicated:

**NOTICE TO QUIT; NOTICE TO ANY RENTERS**

The above described Notice(s) were served on the following named parties in the manner set forth below:

**NAME:**  PAMELA JACKSON
**ADDRESS:**  2443 CAMERON AVENUE, COVINA, CA 91724

☐  1. PERSONAL SERVICE        By delivering a copy of the Notice(s) to each of the above personally:
                               (1) on:
                               (2) at:

☒  2. CONSTRUCTIVE SERVICE    After attempting to personally serve said Notice(s) on each of the above named parties on
                               04/27/2016 at 8:00 PM, and having been unable, by service as authorized by C.C.P. Section
                               1162(a)(2,3) in the manner set forth below:

   ☐  By leaving a copy for each of the above named parties on 04/27/2016 at 8:00 PM with
      _____

   ☒  By posting a copy for each of the above named parties on 04/27/2016 at 8:00 PM in a conspicuous place on the
      property;

   ☒  and thereafter mailing a copy to each said party by depositing said copies in the United States mail on (date):
      04/27/2016, from (city): COVINA, in a sealed envelope with postage fully prepaid, addressed to each said party at their
      place of residence or;

   ☐  A declaration of mailing is attached.

At the time of service, I was at least 18 years of age.  I declare under penalty of perjury that the foregoing is true and correct.

**Person who served papers**
a.  Name:             Liliana Mejia
b.  Address:          316 W 2nd St, 3rd Floor, Los Angeles, CA 90012
c.  Telephone number: 213-621-9970
d.  The fee for service was: $ 89.50
e.  I am:
    (1)  ☐ not a registered California process server.
    (2)  ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3)  ☒ registered California process server:
         (i)   ☐ owner  ☐ employee  ☒ independent contractor.  For:  ABC Legal Services, Inc.
         (ii)  ☒ Registration No.:  5976          Registration #:  6779
         (iii) ☒ County:  Los Angeles             County:  Los Angeles

☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date:  4/28/2016

_____                    _____
Liliana Mejia                                (SIGNATURE)
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

  REF: W-01-130              **PROOF OF SERVICE**              Tracking #: 0011461272

## PROOF OF SERVICE

I, the undersigned, declare that I served the Notice(s) below indicated:

**NOTICE TO QUIT; NOTICE TO ANY RENTERS**

The above described Notice(s) were served on the following named parties in the manner set forth below:

NAME: **ANTHONY JACKSON**
ADDRESS: **2443 CAMERON AVENUE, COVINA, CA 91724**

☐ 1. PERSONAL SERVICE    By delivering a copy of the Notice(s) to each of the above personally:
(1) on:
(2) at

☒ 2. CONSTRUCTIVE SERVICE    After attempting to personally serve said Notice(s) on each of the above named parties on 04/27/2016 at 7:59 PM, and having been unable, by service as authorized by C.C.P. Section 1162(a)(2,3) in the manner set forth below:

☐ By leaving a copy for each of the above named parties on 04/27/2016 at 7:59 PM with _____;

☒ By posting a copy for each of the above named parties on 04/27/2016 at 7:59 PM in a conspicuous place on the property;

☒ and thereafter mailing a copy to each said party by depositing said copies in the United States mail on (date): 04/27/2016, from (city): COVINA, in a sealed envelope with postage fully prepaid, addressed to each said party at their place of residence or;

☐ A declaration of mailing is attached.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

Person who served papers
a. Name: Liliana Mejia
b. Address: 315 W 2nd St, 3rd Floor, Los Angeles, CA 90012
c. Telephone number: 213-621-9999
d. The fee for service was: $ 30.00
e. I am:
(1) ☐ not a registered California process server.
(2) ☐ exempt from registration under Business and Professions Code section 22350(b).
(3) ☒ registered California process server:
(i) ☐ owner ☐ employee ☒ independent contractor.    For:    **ABC Legal Services, Inc.**
(ii) ☒ Registration No.: 6779    Registration #: 6779
(iii) ☒ County:    Los Angeles    County:    Los Angeles

☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: __4/28/2016__


Liliana Mejia
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_____
(SIGNATURE)

**PROOF OF SERVICE**

REF: W-51-138    Tracking #: 0011461253

# PROOF OF SERVICE

I, the undersigned, declare that I served the Notice(s) below indicated:

**NOTICE TO QUIT; NOTICE TO ANY RENTERS**

The above described Notice(s) were served on the following named parties in the manner set forth below:

NAME:     ALL OTHER OCCUPANTS
ADDRESS:  2443 CAMERON AVENUE, COVINA, CA 91724

☐ 1. PERSONAL SERVICE   By delivering a copy of the Notice(s) to each of the above personally:
(1) or:
(2) at:

☒ 2. CONSTRUCTIVE SERVICE   After attempting to personally serve said Notice(s) on each of the above named parties on 04/27/2016 at 8:01 PM, and having been unable, by service as authorized by C.C.P. Section 1162(4)(2,3) in the manner set forth below:

☐ By leaving a copy for each of the above named parties on 04/27/2016 at 8:01 PM with

☒ By posting a copy for each of the above named parties on 04/27/2016 at 8:01 PM in a conspicuous place on the property.

☒ and thereafter mailing a copy to each said party by depositing said copies in the United States mail on (date): 04/27/2016, from (city): COVINA, in a sealed envelope with postage fully prepaid, addressed to each said party at their place where the property is situated or.

☐ A declaration of mailing is attached.

At the time of service, I was at least 18 years of age. I declare under penalty of perjury that the foregoing is true and correct.

Person who served papers
a. Name:              Liliana Mejia
b. Address:           316 W 2nd St, 3rd Floor, Los Angeles, CA 90012
c. Telephone number:  213-621-9999
d. The fee for service was: $ 0.00
e. I am:
(1) ☐ not a registered California process server.
(2) ☐ exempt from registration under Business and Professions Code section 22350(b).
(3) ☒ registered California process server:
   (i) ☐ owner  ☐ employee  ☒ independent contractor.   For:  ABC Legal Services, Inc.
   (ii) ☒ Registration No.:  6779              Registration #:  6779
   (iii) ☒ County:  Los Angeles               County:  Los Angeles

☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
or
☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 4/28/2016

_____
Liliana Mejia
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_____
(SIGNATURE)

REF: W-01-130          **PROOF OF SERVICE**          Tracking #: 0011451274

# NOTICE TO ADVERSE PARTY AND STATE COURT

**EXHIBIT " 2 "**

**BARRY JACKSON**
**2443 CAMERON AVENUE**
**COVINA, CA 91724**

**Phone: (626) 367-0705**

**Defendant In Pro Per**

# SUPERIOR COURT OF THE STATE CALIFORNIA
## COUNTY OF LOS ANGELES
### POMONA COURTHOUSE

| | |
|---|---|
| **21ST MORTGAGE CORPORATION,** | **CASE NO.:  16UR 1174** |
| **Plaintiff,** | **NOTICE TO ADVERSE PARTY AND STATE COURT OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT** |
| **vs.** | |
| **PAMELA JACKSON; ANTHONY JACKSON; BARRY JACKSON; AND DOES 1 TO 10, INCLUSIVE** | **(28 USC § 1446)** |
| **Defendants.** | |

**TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE  COURT:**

**PLEASE TAKE NOTICE THAT** pursuant to 28 U.S.C. Sec. 1446, a *Notice of Removal* of this action was filed in the United States District Court for the Central District of California on April 11, 2016.

/ / /

- 1 -

Pursuant to 28 U.S.C. 1446(d), this Court need take no further action with respect to this case "unless and until the case is remanded."

Dated: July 29, 2016

_____
Barry Jackson, Removing Defendant
In Pro Per

NOTICE TO ADVERSE PARTY AND STATE COURT OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT

# PROOF OF SERVICE
## STATE OF CALIFORNIA  COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 139 South Beverly Drive, Suite 222, Beverly Hills California 90212.

On 7-29-16_ I served the documents described as:

### NOTICE TO ADVERSE PARTY AND STATE COURT OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT

on the interested parties, in this action, by placing a true copy thereof enclosed in a sealed envelope and addressed as follows:

**Diane Weifenbach, Esq.**
**Law Offices of Diane Weifenbach**
**5120 East La Palma Avenue # 209**
**Anaheim, CA 92807**

[XX]**(BY MAIL)** I deposited such envelope in the mail at Beverly Hills, California with postage thereon fully paid.

[    ] **(PERSONAL SERVICE)** I caused such envelope(s) to be delivered by hand to the office(s) of  the addressee(s).

[    ] **(BY FACSIMILE)** I served said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court.  The telephone number of the sending facsimile machine was ********.  The name(s) and facsimile machine telephone numbers of the person(s) served are set forth in the service list.

[XX] (Federal)  I declare under the penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on 7-29-16 at Beverly Hills, California.

Maria Romero

NOTICE TO ADVERSE PARTY AND STATE COURT OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT

# PROOF OF SERVICE

## STATE OF CALIFORNIA  COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 139 South Beverly Drive, Suite 222, Beverly Hills California 90212.

On _7-29-16_ I served the documents described as:

**NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT UNDER 28 USC §§ 1332.1441 AND 1446**

on the interested parties, in this action, by placing a true copy thereof enclosed in a sealed envelope and addressed as follows:

**Diane Weifenbach, Esq.**
**Law Offices of Diane Weifenbach**
**5120 East La Palma Avenue # 209**
**Anaheim, CA 92807**

[XX]**(BY MAIL)** I deposited such envelope in the mail at Beverly Hills, California with postage thereon fully paid.

[     ] **(PERSONAL SERVICE)** I caused such envelope(s) to be delivered b hand to the  office(s) of  the addressee(s).

[     ] **(BY FACSIMILE)** I served said document(s) to be transmitted by facsimile pursuant to Rule 2008 of the California Rules of Court.  The telephone number of the sending facsimile machine was ********.  The name(s) and facsimile machine telephone numbers of the person(s) served are set forth in the service list.

[XX] (Federal)  I  declare under the penalty of perjury under the laws of the United States  of America that the above is true and correct.

Executed on 7-29-16 at Beverly Hills, California.

Maria Romero

NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

| **I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☒ ) | **DEFENDANTS** ( Check box if you are representing yourself ☐ ) |
|---|---|
| 21 st Mortgage Corporation | Pamela Jackson Et Al |

| **(b)** County of Residence of First Listed Plaintiff   LOS ANGELES | County of Residence of First Listed Defendant   UNKNOWN |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |

| **(c)** Attorneys (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information. | Attorneys (*Firm Name, Address and Telephone Number*) If you are representing yourself, provide the same information. |
|---|---|
| BARRY JACKSON<br>2443 CAMERON AVENUE,<br>COVINA CALIFORNIA 91724<br>PHONE: 626-367-0705 | LAW OFFICES OF DIANE WEIFENBACH<br>5120 EAST LA PALMA  AVENUE # 209<br>ANAHEIM CALIFORNIA 92807<br>PHONE: 949-230-7858 |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

| | |
|---|---|
| ☐ 1. U.S. Government Plaintiff | ☐ 3. Federal Question (U.S. Government Not a Party) |
| ☐ 2. U.S. Government Defendant | ☒ 4. Diversity (Indicate Citizenship of Parties in Item III) |

**III. CITIZENSHIP OF PRINCIPAL PARTIES**-For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

| | |
|---|---|
| ☐ 1. Original Proceeding | ☒ 2. Removed from State Court |
| ☐ 3. Remanded from Appellate Court | ☐ 4. Reinstated or Reopened |
| ☐ 5. Transferred from Another District (Specify) | ☐ 6. Multi-District Litigation |

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No   (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No    ☐ **MONEY DEMANDED IN COMPLAINT:** $

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

UNLAWFUL DETAINER

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 376 Qui Tam (31 USC 3729(a)) | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 400 State Reapportionment | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 410 Antitrust | ☐ 140 Negotiable Instrument | **TORTS** | **TORTS** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 430 Banks and Banking | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | **PERSONAL PROPERTY** | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 450 Commerce/ICC Rates/Etc. | | ☐ 310 Airplane | ☐ 370 Other Fraud | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 460 Deportation | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 480 Consumer Credit | | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | **BANKRUPTCY** | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 850 Securities/Commodities/Exchange | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 690 Other | |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | **LABOR** | |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 710 Fair Labor Standards Act | |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accommodations | ☐ 740 Railway Labor Act | |
| | ☒ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities-Employment | ☐ 751 Family and Medical Leave Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | | ☐ 446 American with Disabilities-Other | ☐ 790 Other Labor Litigation | |
| | | | ☐ 448 Education | ☐ 791 Employee Ret. Inc. Security Act | |

| **FOR OFFICE USE ONLY:**   Case Number: | CV16-05674 | |
|---|---|---|
| CV-71 (02/16) | **CIVIL COVER SHEET** | Page 1 of 3 |

### UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII.  VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A:  Was this case removed from state court? | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| ☒ Yes ☐ No<br><br>If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | ☒ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B:  Is the United States, or one of its agencies or employees, a **PLAINTIFF** in this action? | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| ☐ Yes ☒ No | | ☐ NO. Continue to Question B.2. |
| If "no," skip to Question C. If "yes," answer Question B.1, at right. | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C:  Is the United States, or one of its agencies or employees, a **DEFENDANT** in this action? | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.?<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| ☐ Yes ☒ No | | ☐ NO. Continue to Question C.2. |
| If "no," skip to Question D. If "yes," answer Question C.1, at right. | **C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.)<br><br>*check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | **A.**<br>Orange County | **B.**<br>Riverside or San Bernardino County | **C.**<br>Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |

| **D.1.** Is there at least one answer in Column A? | **D.2.** Is there at least one answer in Column B? |
|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☒ No |
| If "yes," your case will initially be assigned to the<br>SOUTHERN DIVISION. | If "yes," your case will initially be assigned to the<br>EASTERN DIVISION. |
| Enter "Southern" in response to Question E, below, and continue from there. | Enter "Eastern" in response to Question E, below. |
| If "no," go to question D2 to the right. ➡ | If "no," your case will be assigned to the WESTERN DIVISION.<br>Enter "Western" in response to Question E, below. ⬇ |

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | WESTERN |

| **QUESTION F: Northern Counties?** | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes | ☒ No |

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**IX(a). IDENTICAL CASES**: Has this action been previously filed **in this court**?        ☒ NO        ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES**: Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court**?

☒ NO        ☐ YES

If yes, list case number(s): _____

**Civil cases** are related when they (check all that apply):

☐   A. Arise from the same or a closely related transaction, happening, or event;

☐   B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐   C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐   A. Arise from the same or a closely related transaction, happening, or event;

☐   B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐   C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):**        DATE:  7-29-16

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |